**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**

| | |
|---|---|
| **IN RE:**<br>Philip G Berryhill<br>155 9th Street<br>Cochran, GA  31014 | **CHAPTER 13**<br><br>**Case Number:** 11-51287-AEC<br><br>**ATTORNEY:**  KATHLEEN I. HALL |

**TRANSMITTAL OF UNCLAIMED FUNDS**

Now comes the Chapter 13 trustee and transmits to Kyle George, Clerk of the United States Bankruptcy Court, the sum of $674.95 in unclaimed funds on behalf of the above-referenced debtor. The last known address for the creditor is as follows:

Union Plus Loan Program
P. O. Box 17574
Baltimore, MD 21297-1574

**DATED:** June 9, 2016

/s/ Camille Hope

**Camille Hope, Trustee**
**P.O. Box 954**
**Macon, GA 31202**
**(478) 742-8706**